IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KILEY MARIE HIGHTOWER, )<br>)<br>　　　　Plaintiff, )<br>)<br>v. )<br>)<br>EQUIFAX INFORMATION )<br>SERVICES LLC, )<br>)<br>　　　　Defendant. ) | Case No. CIV-17-197-D |

## ORDER

Before the Court is Defendant's Motion to Dismiss Amended Complaint [Doc. No. 16]. Plaintiff has not filed a response and pursuant to LCvR 7.1(g), Defendant's Motion is deemed confessed. Accordingly, Defendant's Motion to Dismiss is **GRANTED** and the present action is hereby **DISMISSED WITHOUT PREJUDICE**.

IT IS SO ORDERED this **29th** day of August 2017.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE